IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY A. BUTLER,

    Plaintiff,

v.

THE COUNTY OF EAU CLAIRE, WI, et al.

    Defendants.

ORDER

Case No. 23-cv-864-wmc

    Plaintiff Anthony A. Butler has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 10, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Anthony A. Butler may have until January 10, 2024 to submit a trust fund account statement for the period beginning approximately June 18, 2023 and ending approximately December 18, 2023. If, by January 10, 2024, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 19th day of December, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge